# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MICHAEL D.,[1]

        Plaintiff,

   v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

Case No. ED CV 20-2521 MRW

JUDGMENT

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: January 3, 2022        _____

                                    HON. MICHAEL R. WILNER
                                    UNITED STATES MAGISTRATE JUDGE

---

[1]    Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.